**Sealed**
**Public and unofficial staff access to this instrument are prohibited by court order**

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*January 14, 2026*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Andres Alejandro ALVARADO | ) | Case No. M-26-0122-M |
| YOB: 2004 | ) | |
| COB: United States | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2025 to October 19, 2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

Approved by: AUSA Alexis Garcia

/s/ Chandler Lentz
*Complainant's signature*

Chandler Lentz, Special Agent, FBI
*Printed name and title*

Submitted by reliable electorinic means, sworn to, signature attested telephonnically per Fed. R. Crim.P.4.1, on

Date: January 14, 2026

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano, US Magistrate Judge
*Printed name and title*

**ATTACHMENT A**
**PROBABLE CAUSE STATEMENT**

1.  On or about January 14, 2026, the FBI McAllen Resident Agency received a report from the Office of the Texas Attorney General. The report was generated after a National Center for Missing and Exploited Children (NCMEC) Cybertipline report was filed, explaining how an unidentified male, later identified as **Andres Alejandro Alvarado (ALVARADO)**, was requesting illicit content from an identified minor child, via telephone, through a known social media application.

2.  On or about November 3, 2025, the Texas Attorney General's Office received the CyberTipline (CT) Report from NCMEC. The CT Report identified an individual utilizing a social media application, which geolocated to Mercedes, Texas, within the Southern District of Texas – McAllen Division, as the user who coerced and enticed a known minor to produce child sexual abuse material (CSAM), also known as child pornography.

3.  The Affiant reviewed the file that the social media application provided. The file depicted child pornography, as defined by 18 U.S.C. § 2256(8). The video file distributed is described as follows:

    a.  This video depicts a prepubescent female child, 11 years of age. The female child is sitting in front of a camera with her vagina exposed. The child is seen inserting a green object into her vagina with her hand. This video is approximately ten seconds long.

4.  On or about November 4, 2025, the Office of the Attorney General of Texas issued a subpoena to the social media application to identify the individual assigned to the social media account known to be coercing and enticing a minor.

5. On or about November 12, 2025, the social media application provided subscriber information, which was the same information provided in the NCMEC CT Report. Additionally, the Office of the Attorney General of Texas issued a search warrant for the listed social media account. The obtained search warrant revealed the communication between ALVARADO and the minor victim (MV), which included MV's produced CSAM.

6. A Child Adolescent Forensic Interview (CAFI) was conducted on the identified minor victim (MV), who was communicating with ALVARADO's social media account. MV explained how the user identified himself as "Alex" at first, but MV later learned his name was Andres.

7. MV continued to explain how she and "Alex" began communicating via the social media application in March 2025 and "Alex" would force MV to send him explicit images/videos. MV explained how she sent content which contained her boobs, butt, vagina, and her touching herself.

8. The last time MV and "Alex" communicated was on or about October 19, 2025. "Alex" threatened MV over electronic communication if MV did not share her social media password with "Alex."

9. Based on records obtained by the Office of the Texas Attorney General, on or about October 31, 2025, MV's social media account's telephone number was updated to ALVARADO's 956-area code phone number and awaiting verification. The social media account provided an updated IP Address, subscribed to ALVAREZ and his place of residence within the Southern District of Texas – McAllen Division.

10. NCMEC also provided other filed Cybertipline reports, totaling four (4) reports, associated with ALVARADO, and the same 956-area telephone number and email address from

the social media account, that is also associated with other social media accounts, known to be communicating with other identified minor victims.